FORM 1

UNITED STATES COURT OF INTERNATIONAL TRADE

THE MEAD CORPORATION

Plaintiff,

v.

UNITED STATES,

Defendant.

SUM CHEK H 120.00
1 ITEMS
TOTAL 120.00
7481 2113-001 OP 1 5/ 8/95 3:46PM
CHECK 120.00
7481 2113001
5/ 8/95
OP 1

**SUMMONS**

TO: THE ATTORNEY GENERAL AND THE SECRETARY OF THE TREASURY

PLEASE TAKE NOTICE that a civil action has been commenced pursuant to 28 U.S.C. § 1581(a) to contest the denial of the protest specified below (and the protests listed on the attached schedule).

Joseph E. Lombardi
JOSEPH E. LOMBARDI, CLERK OF THE COURT

| PROTEST | |
|---|---|
| Port of Entry: Kansas City | Date Protest Filed: 01/18/94 |
| Protest Number: 4501-94-100008, etc. | Date Protest Denied: 11/10/94 |
| Importer: The Mead Corporation | |
| Category of Merchandise: Day Planners | |

ENTRIES INVOLVED IN ABOVE PROTEST

| Entry Number | Date of Entry | Date of Liquidation | Entry Number | Date of Entry | Date of Liquidation |
|---|---|---|---|---|---|
| 595-0134588-4 | 06/28/93 | 11/05/93 | 595-0135876-2 | 07/15/93 | 11/05/93 |
| | | | | | |
| | | | | | |

| Address of Customs District in Which Protest Was Denied | Name, Address and Telephone Number of Plaintiff's Attorney |
|---|---|
| U.S. Customs Service<br>2701 Rockcreek Pkwy., Ste 202<br>North Kansas City, MO 64116 | Sidney H. Kuflik<br>Lamb & Lerch<br>233 Broadway, 51st Floor<br>New York, N.Y. 10279<br>(212) 608-2700 |

(See reverse side)

(6-109)

CONTESTED ADMINISTRATIVE DECISION

| APPRAISED VALUE OF MERCHANDISE | | |
|---|---|---|
| | STATUTORY BASIS | STATEMENT OF VALUE |
| Appraised: | | |
| Protest Claim: | | |

| CLASSIFICATION, RATE OR AMOUNT | | | | |
|---|---|---|---|---|
| | ASSESSED | | PROTEST CLAIM | |
| Merchandise | Item or Heading Number | Rate | Item or Heading Number | Rate |
| Day Planners | 4820.10.2010 | 4% | 4820.10.4000 | Duty Free |

**OTHER**

State specifically the Decision [as Described in 19 U.S.C. § 1514(a)] and the Protest Claim: Customs concluded that 1) the imported day planners were diaries, rather than articles similar to diaries, and 2) that the day planners were bound. We claim that the imported day planners are articles similar to diaries and/or are not bound diaries.

The issue which was common to all such denied protests: Is the subject merchandise classifiable as a bound diary under subheading 4820.10.2010, HTSUS, or under the residual "other" basket provision for heading 4820, namely, subheading 4820.10.4000, HTSUS?

Every denied protest included in this civil action was filed by the same above-named importer, or by an authorized person on the importer's behalf. The category of merchandise specified above was involved in each entry of merchandise included in every such denied protest. The issue or issues stated above were common to all such denied protests. All such protests were filed and denied as prescribed by law. All liquidated duties, charges or exactions have been paid, and were paid at the port of entry unless otherwise shown.

May 8, 1995
Date

[signature]
Signature of Plaintiff's Attorney

FORM 1A

SCHEDULE OF PROTESTS

Kansas City

Port of Entry

| Protest Number | Date Protest Filed | Date Protest Denied | Entry Number | Date of Entry | Date of Liquidation |
|---|---|---|---|---|---|
| 4501-93-100047 | 10/14/93 | 11/10/94 | 595-0128076-8 | 04/16/93 | 08/06/93 |
| | | | 595-0128078-4 | 04/16/93 | 08/06/93 |
| | | | 595-0128094-1 | 04/20/93 | 08/06/93 |
| | | | 595-0128594-0 | 04/21/93 | 08/06/93 |
| | | | 595-0128598-1 | 04/21/93 | 08/06/93 |
| | | | 595-0128836-5 | 04/27/93 | 08/13/93 |
| | | | 595-0128846-4 | 04/27/93 | 08/13/93 |
| | | | 595-0128850-6 | 04/28/93 | 08/13/93 |
| | | | 595-0128852-2 | 05/03/93 | 08/20/93 |
| | | | 595-0128854-8 | 05/03/93 | 08/20/93 |
| | | | 595-0129462-9 | 05/03/93 | 08/20/93 |
| | | | 595-0129464-5 | 05/03/93 | 08/20/93 |
| | | | 595-0129726-7 | 06/02/93 | 09/17/93 |
| | | | 595-0130030-1 | 05/10/93 | 08/27/93 |
| | | | 595-0130032-7 | 05/12/93 | 08/27/93 |
| | | | 595-0130312-3 | 05/12/93 | 08/27/93 |
| | | | 595-0130486-5 | 05/19/93 | 09/03/93 |
| | | | 595-0130870-0 | 05/19/93 | 09/03/93 |
| | | | 595-0131748-7 | 06/01/93 | 09/17/93 |
| | | | 595-0131868-3 | 06/03/93 | 09/17/93 |
| | | | 595-0132286-7 | 06/07/93 | 09/24/93 |
| | | | 595-0132974-8 | 06/18/93 | 10/08/93 |
| | | | 595-0132982-1 | 06/21/93 | 10/08/93 |
| | | | 595-0133706-3 | 06/21/93 | 10/08/93 |
| 4501-94-100042 | 06/13/94 | 11/10/94 | 595-0149074-8 | 12/06/93 | 03/25/94 |
| | | | 595-0150286-4 | 12/14/93 | 04/01/94 |
| | | | 595-0150908-3 | 12/28/93 | 04/15/94 |
| | | | 595-0153224-2 | 01/27/94 | 05/13/94 |
| | | | 595-0153670-6 | 02/02/94 | 05/20/94 |
| | | | 595-0154082-3 | 02/08/94 | 05/27/94 |
| | | | 595-0154442-9 | 02/07/94 | 05/27/94 |
| | | | 595-0155092-1 | 02/09/94 | 05/27/94 |
| | | | 595-0155106-9 | 02/09/94 | 05/27/94 |
| | | | 595-0155534-2 | 02/15/94 | 06/03/94 |
| | | | 595-0155702-5 | 02/22/94 | 06/10/94 |
| | | | 595-0155706-6 | 02/22/94 | 06/10/94 |
| | | | 36 | | |

If the port of entry shown above is different from the port of entry shown on the first page of the summons, the address of the Customs District for such different port of entry must be provided in the box at the left.

FORM 1A

SCHEDULE OF PROTESTS

Kansas City

Port of Entry

| Protest Number | Date Protest Filed | Date Protest Denied | Entry Number | Date of Entry | Date of Liquidation |
|---|---|---|---|---|---|
| 4501-94-100085 | 11/02/94 | 11/22/94 | 595-0164136-5 | 05/26/94 | 09/16/94 |
| | | | 595-0161032-9 | 04/27/94 | 08/12/94 |
| | | | 595-0164160-5 | 06/07/94 | 09/30/94 |
| | | | 595-0164730-5 | 06/03/94 | 09/23/94 |
| | | | 595-0165422-8 | 06/16/94 | 09/30/94 |
| | | | 595-0168258-3 | 07/05/94 | 10/21/94 |
| | | | 595-0166796-4 | 06/23/94 | 10/14/94 |
| | | | 595-0167568-6 | 07/07/94 | 10/28/94 |
| | | | 595-0167690-8 | 07/07/94 | 10/21/94 |
| | | | 595-0169308-5 | 07/13/94 | 10/28/94 |
| 4501-94-100028 | 03/24/94 | 02/01/95 | 595-0140654-6 | 09/07/93 | 12/27/93 |
| | | | 595-0140660-3 | 09/09/93 | 12/27/93 |
| | | | 595-0141096-9 | 09/13/93 | 01/03/94 |
| | | | 595-0141098-5 | 09/09/93 | 12/27/93 |
| | | | 595-0141904-4 | 09/16/93 | 01/03/94 |
| | | | 595-0141914-3 | 09/16/93 | 01/03/94 |
| | | | 595-0142550-4 | 09/27/93 | 01/14/94 |
| | | | 595-0142552-0 | 09/23/93 | 01/07/94 |
| | | | 595-0142814-4 | 09/30/93 | 01/21/94 |
| | | | 595-0143232-8 | 10/04/93 | 01/21/94 |
| | | | 595-0143234-4 | 10/07/93 | 01/28/94 |
| | | | 595-0143880-4 | 10/06/93 | 01/21/94 |
| | | | 595-0143884-6 | 10/13/93 | 01/28/94 |
| | | | 595-0143890-3 | 10/06/93 | 01/21/94 |
| | | | 595-0144336-6 | 10/13/93 | 01/28/94 |
| | | | 595-0144598-1 | 10/14/93 | 01/28/94 |
| | | | 595-0144600-5 | 10/14/93 | 01/28/94 |
| | | | 595-0144608-8 | 10/12/93 | 01/28/94 |
| | | | 595-0144724-3 | 10/18/93 | 02/04/94 |
| | | | 595-0145008-0 | 10/20/93 | 02/04/94 |
| | | | 595-0145374-6 | 10/21/93 | 02/04/94 |
| | | | 595-0145380-3 | 10/27/93 | 02/18/94 |
| | | | 595-0145832-3 | 10/27/93 | 02/18/94 |
| | | | 595-0145834-9 | 10/27/93 | 02/18/94 |
| | | | 595-0146412-3 | 11/02/93 | 02/18/94 |
| | | | 595-0146418-0 | 11/01/93 | 02/18/94 |
| | | | 595-0146488-3 | 11/05/93 | 02/25/94 |
| | | | 595-0146426-3 | 11/08/93 | 02/25/94 |
| | | | 595-0147630-9 | 11/12/93 | 03/04/94 |
| | | | 595-0147940-2 | 11/16/93 | 03/04/94 |
| | | | 595-0148368-5 | 11/30/93 | 03/18/94 |
| | | | 595-0148370-1 | 11/22/93 | 03/11/94 |
| | | | 595-0148640-7 | 11/30/93 | 03/18/94 |
| | | | 595-0149072-2 | 12/02/93 | 03/18/94 |

44

If the port of entry shown above is different from the port of entry shown on the first page of the summons, the address of the Customs District for such different port of entry must be provided in the box at the left.

FORM 1A

**SCHEDULE OF PROTESTS**

Kansas City

Port of Entry

| Protest Number | Date Protest Filed | Date Protest Denied | Entry Number | Date of Entry | Date of Liquidation |
|---|---|---|---|---|---|
| 4501-95-100005 | 01/10/95 | 01/18/95 | 595-0167688-2 | 07/08/94 | 11/04/94 |
| | | | 595-0168582-6 | 07/19/94 | 11/04/94 |
| | | | 595-0169442-2 | 07/22/94 | 11/14/94 |
| | | | 595-0169472-9 | 07/26/94 | 11/14/94 |
| | | | 595-0169484-4 | 08/01/94 | 11/18/94 |
| | | | 595-0171004-6 | 08/04/94 | 11/18/94 |
| | | | 595-0171008-7 | 08/04/94 | 11/18/94 |
| | | | 595-0171014-5 | 08/10/94 | 11/25/94 |
| | | | 595-0172212-4 | 08/11/94 | 11/25/94 |
| | | | 595-0172214-0 | 08/11/94 | 11/25/94 |
| | | | 595-0172216-5 | 08/11/94 | 11/25/94 |
| | | | 595-0172226-4 | 08/23/94 | 12/16/94 |
| | | | 595-0172908-7 | 08/16/94 | 12/02/94 |
| | | | 595-0173132-3 | 08/26/94 | 12/26/94 |
| | | | 595-0173138-0 | 08/26/94 | 12/16/94 |
| | | | 595-0173142-2 | 08/26/94 | 12/16/94 |
| | | | 595-0173852-6 | 08/30/94 | 12/16/94 |
| | | | 595-0173856-7 | 08/30/94 | 12/16/94 |
| | | | 595-0174428-4 | 09/02/94 | 12/23/94 |
| | | | 595-0175246-9 | 09/09/94 | 12/30/94 |
| | | | 595-0175262-6 | 09/09/94 | 12/30/94 |
| | | | 595-0175390-5 | 09/13/94 | 12/30/94 |
| | | | 595-0175392-1 | 09/13/94 | 12/30/94 |
| | | | 595-0176100-7 | 09/21/94 | 01/06/95 |
| | | | 595-0176102-3 | 09/21/94 | 01/06/95 |
| | | | 595-0176104-9 | 09/15/94 | 12/30/94 |
| | | | 595-0176270-8 | 09/20/94 | 01/06/95 |
| | | | 27 | | |

If the port of entry shown above is different from the port of entry shown on the first page of the summons, the address of the Customs District for such different port of entry must be provided in the box at the left.

SERVICE OF SUMMONS

I certify that a copy of [illegible] to the [illegible] who filed [illegible] Service [illegible] the Attorney [illegible] [illegible] [illegible] Pricing [illegible] Litigation [illegible] [illegible] Trade [illegible] district [illegible] for the offices [illegible] was made [illegible] by mail [illegible] the Attorney [illegible] Office [illegible] Assistant [illegible] Lit[illegible]

D[illegible] MAY 10 1995