FORM 13

UNITED STATES COURT OF INTERNATIONAL TRADE
One Federal Plaza
New York, New York 10007

DISCLOSURE OF CORPORATE AFFILIATIONS
AND FINANCIAL INTEREST

This notification is submitted by __Sidney H. Kuflik__
(Name of attorney of record)
on behalf of __The Mead Corporation__

in the matter of __The Mead Corporation__

v. __The United States__,

Court No. _____.

1. If this statement is submitted on behalf of a corporate party, indicate whether the party is [ ] or is not [X] a subsidiary or affiliate of a publicly-owned corporation. If so, identify below the parent or affiliate and describe the relationship between the party and the parent or affiliate corporation.

   _____
   _____
   _____

2. If the action is one described in 28 U.S.C. § 1581 (a) or (b), indicate whether the plaintiff is [X] or is not [ ] the ultimate consignee or real party in interest. If not, identify below the ultimate consignee or real party in interest.

   _____
   _____
   _____

3. If this statement is submitted on behalf of a trade association, identify below each publicly-owned member of the trade association. (Attach additional pages if necessary.)

   _____

_(Signature of Attorney)_

May 8, 1995
(Date)

1/1/82

FORM 13                                                                 Page 2

## INSTRUCTIONS FOR USE

### DISCLOSURE OF CORPORATE AFFILIATIONS AND FINANCIAL INTEREST*

1. When a corporation is a party to any action and the corporation is a subsidiary or affiliate of any publicly-owned corporation not named in the action, the attorney for the party shall notify the clerk of the court in writing of the identity of the parent or affiliate corporation and the relationship between the party and the parent or affiliate corporation.

2. When the action is one described in 28 U.S.C. § 1581(a) or (b), the attorney for plaintiff shall, in addition to the information required in paragraph 1, notify the clerk of the court in writing of the identity of the ultimate consignee or real party in interest if different from the named plaintiff.

3. When a trade association is a party to an action, the attorney for the trade association shall notify the clerk of the court in writing of the identity of each publicly-owned member of the trade association.

4. The notification required of a corporate party or trade association also shall be made by the attorney for any corporation or trade association seeking to intervene, or appear as _amicus curiae_, in any action.

5. The required notification shall be made on a Disclosure form (see reverse side) to be provided by the clerk of the court when the first pleading or other paper is filed by a party or when a motion to intervene or appear as _amicus curiae_ is filed.

*See generally: 28 U.S.C. § 455.

Jan. 1982