**UNITED STATES COURT OF INTERNATIONAL TRADE**

| | |
|---|---|
| THE MEAD CORPORATION,<br>　　　　Plaintiff,<br><br>　　　　v.<br><br>UNITED STATES,<br>　　　　Defendant. | Court Nos. 95-12-01783;<br>　　　　　　　95-05-00643;<br>　　　　　　　95-10-01334; and<br>　　　　　　　96-05-01301 |

## ORDER

Upon consideration of Plaintiff's Motion To Designate A Test Case And To Suspend Thereunder; defendant's consent to such test case designation and suspension; upon all other papers and proceedings had herein; and upon due deliberation, it is hereby

ORDERED that Court No. 95-12-01783 be, and hereby is, designated a test case; and it is further

ORDERED that Court Nos. 95-05-00643, 95-10-01334 and 96-05-01301 are suspended under test case 95-12-01783; and it is further

ORDERED that the Clerk of this Court transfer Court Nos. 95-05-00643, 95-10-01334 and 96-05-01301 to the appropriate suspension calendar.

Dated: ~~October 30~~, 1996

　　　　　　　　　　　　　　　　　　/S/　　R. Kenton Musgrave
　　　　　　　　　　　　　　　　　　　　　　Senior Judge

## NOTICE OF ENTRY AND SERVICE

This is a notice that an order or judgment was entered in the docket of this action, and was served upon the parties on the date shown below.

Service was made by depositing a copy of this order or judgment, together with any papers required by U.S.C.I.T. Rule 79(c), in a securely closed envelope with proper postage affixed, in a United States mail receptacle at One Federal Plaza, New York, New York 10278 and addressed to the attorney of record for each party at the address on the official docket in this action, except that service upon the United States was made by personally delivering a copy to the Attorney-in-Charge, International Trade Field Office, Civil Division, United States Department of Justice, 26 Federal Plaza, New York, New York 10278 or to a clerical employee designated, by the Attorney-in-Charge, in a writing filed with the clerk of the court.

Raymond F. Burghardt
Clerk of the Court

Date: 10/30/96       By: [signature]