# ORIGINAL

**UNITED STATES COURT OF INTERNATIONAL TRADE**
**BEFORE: HONORABLE GREGORY W. CARMAN, CHIEF JUDGE**

| | |
|---|---|
| THE MEAD CORPORATION, | : |
| | : Court Nos. 95-05-00643, etc |
| Plaintiff, | : See Attached Schedule A |
| v. | : |
| | : Port: Kansas City, Missouri |
| THE UNITED STATES, | : |
| | : |
| Defendant. | : |

## STIPULATED JUDGMENT ON AGREED STATEMENT OF FACTS

These actions, as prescribed by Rule 58.1 of the Rules of the United States Court of International Trade, are stipulated for judgment on the following agreed statement of facts in which the parties agree that:

1.    The protests involved here were filed and the actions involved here were commenced within the time provided by law, and all liquidated duties, charges or exactions have been paid prior to the filing of the summonses.

2.    The imported merchandise covered by the entries set forth on attached Schedule A are day planners and loose-leaf telephone address books.

3.    The subject day planners, whose model numbers are numerically listed in attached Schedule B, have been variously described on the commercial invoices as "day planners" or "planners."

4.    The subject loose-leaf telephone address books, model numbers 67148, 67152 and 67300, have been variously described on the commercial invoices as "tel/address" or "tel/add" books.

1

5.     The imported day planners and loose-leaf telephone address books were primarily classified by the Customs Service under the Harmonized Tariff Schedule of the United States ("HTSUS") subheading 4820.10.20 as "diaries, notebooks and address books, bound," but some were classified under HTSUS subheadings 6307.90.99 and 3926.10.00.  Duty for the subheading 4820.10.20 classifications was assessed based upon the merchandise's year of entry as follows:  1993 – 4%; 1994 – 4%; 1995 – 3.6%, 1996 – 3.2%, 1997 – 2.8%, 1998 – 2.4%, 1999 – 2.0%; and 2000 – 1.6%.  Duty for subheading 6307.99.90 classifications was assessed at 7% and for subheading 3926.10.00 classifications at 5.3%

6.     The stipulable imported merchandise is classifiable under the "other" HTSUS subheading 4820.10.40 tariff provision, which carried a free rate of duty for all the years in which the stipulable merchandise was imported.

7.     The imported subject day planners covered by the entries set forth on the attached Schedule A, which have been marked with the letter "A" and initialed WW by William Williams of the Bureau of Customs and Border Protection, is stipulable in accordance with this agreement.

8.     The imported subject loose-leaf telephone address books covered by the entries set forth on the attached Schedule A, which have been marked with the letter "B" and initialed WW by William Williams of the Bureau of Customs and Border Protection, is stipulable in accordance with this agreement.

9.     Any refunds payable by reason of this judgment are to be paid with any interest as provided by law.

10. All other claims and non-stipulable entries are abandoned.

Respectfully submitted,

By: _____

    Sidney H. Kuflik, Esq.
    Attorney for Plaintiff
    Lamb & Lerch
    233 Broadway
    51st Floor
    New York, N.Y. 10279
    Tel.: (212) 608-2700

    Assistant Attorney General
    Civil Division

By: _____

    John J. Mahon, Esq.
    Acting Attorney-in-Charge
    International Trade Field Office

By: _____

    Amy M. Rubin, Esq.
    Attorney for the United States
    Dept. of Justice, Civil Division
    Commercial Litigation Branch
    26 Federal Plaza
    New York, N.Y. 10278
    Tel.: (212) 264-9237

IT IS HEREBY ORDERED that these actions are decided and this final judgment is to be entered by the Clerk of this Court; the appropriate Bureau of Customs and Border Protection officials shall reliquidate the entries and make refunds in accordance with the stipulation of the parties set forth above.

Date: _____

/S/   Gregory W. Carman
        Chief Judge

3

# SCHEDULE A

| Court No. | Protest Number | Entry Number |
|---|---|---|
| 95-05-00643 | 4501-94-100008 | 595-0134588-4 |
| | | 595-0135876-2 |
| | | |
| | 4501-93-100047 | 595-0128076-8 |
| | | 595-0128078-4 |
| | | 595-0128094-1 |
| | | 595-0128594-0 |
| | | 595-0128598-1 |
| | | 595-0128836-5 |
| | | 595-0128846-4 |
| | | 595-0128850-6 |
| | | 595-0128852-2 |
| | | 595-0128854-8 |
| | | 595-0129462-9 |
| | | 595-0129464-5 |
| | | 595-0129726-7 |
| | | 595-0130030-1 |
| | | 595-0130032-7 |
| | | 595-0130312-3 |
| | | 595-0130486-5 |
| | | 595-0130870-0 |
| | | 595-0131748-7 |
| | | 595-0131868-3 |
| | | 595-0132286-7 |
| | | 595-0132974-8 |
| | | 595-0132982-1 |
| | | 595-0133706-3 |
| | | |
| | 4501-94-100042 | 595-0149074-8 |
| | | 595-0150286-4 |
| | | 595-0150908-3 |
| | | 595-0153224-2 |
| | | 595-0153670-6 |
| | | 595-0154082-3 |
| | | 595-0154442-9 |
| | | 595-0155092-1 |
| | | 595-0155106-9 |
| | | 595-0155534-2 |
| | | 595-0155702-5 |
| | | 595-0155706-6 |

# SCHEDULE A

| Court No. | Protest Number | Entry Number |
|-----------|----------------|--------------|
|  | 4501-94-100085 | 595-0164136-5 |
|  |  | 595-0161032-9 |
|  |  | 595-0164160-5 |
|  |  | 595-0164730-5 |
|  |  | 595-0165422-8 |
|  |  | 595-0168258-3 |
|  |  | 595-0166796-4 |
|  |  | 595-0167568-6 |
|  |  | 595-0167690-8 |
|  |  | 595-0169308-5 |
|  |  |  |
|  | 4501-94-100028 | 595-0140654-6 |
|  |  | 595-0140660-3 |
|  |  | 595-0141096-9 |
|  |  | 595-0141098-5 |
|  |  | 595-0141904-4 |
|  |  | 595-0141914-3 |
|  |  | 595-0142550-4 |
|  |  | 595-0142552-0 |
|  |  | 595-0142814-4 |
|  |  | 595-0143232-8 |
|  |  | 595-0143234-4 |
|  |  | 595-0143880-4 |
|  |  | 595-0143884-6 |
|  |  | 595-0143890-3 |
|  |  | 595-0144336-6 |
|  |  | 595-0144598-1 |
|  |  | 595-0144600-5 |
|  |  | 595-0144608-8 |
|  |  | 595-0144724-3 |
|  |  | 595-0145008-0 |
|  |  | 595-0145374-6 |
|  |  | 595-0145380-3 |
|  |  | 595-0145832-3 |
|  |  | 595-0145834-9 |
|  |  | 595-0146412-3 |
|  |  | 595-0146418-0 |
|  |  | 595-0146488-3 |
|  |  | 595-0146426-3 |
|  |  | 595-0147630-9 |
|  |  | 595-0147940-2 |

# SCHEDULE A

| Court No. | Protest Number | Entry Number |
|---|---|---|
| | | 595-0148368-5 |
| | | 595-0148370-1 |
| | | 595-0148640-7 |
| | | 595-0149072-2 |
| | 4501-95-100005 | 595-0167688-2 |
| | | 595-0168582-6 |
| | | 595-0169442-2 |
| | | 595-0169472-9 |
| | | 595-0169484-4 |
| | | 595-0171004-6 |
| | | 595-0171008-7 |
| | | 595-0171014-5 |
| | | 595-0172212-4 |
| | | 595-0172214-0 |
| | | 595-0172216-5 |
| | | 595-0172226-4 |
| | | 595-0172908-7 |
| | | 595-0173132-3 |
| | | 595-0173138-0 |
| | | 595-0173142-2 |
| | | 595-0173852-6 |
| | | 595-0173856-7 |
| | | 595-0174428-4 |
| | | 595-0175246-9 |
| | | 595-0175262-6 |
| | | 595-0175390-5 |
| | | 595-0175392-1 |
| | | 595-0176100-7 |
| | | 595-0176102-3 |
| | | 595-0176104-9 |
| | | 595-0176270-8 |
| 95-10-01334 | 4501-95-100032 | 595-0134596-7 |
| | | 595-0134608-0 |
| | | 595-0135214-6 |
| | | 595-0135220-3 |
| | | 595-0135222-9 |
| | | 595-0135402-7 |
| | | 595-0135872-1 |
| | | 595-0135880-4 |

# SCHEDULE A

| Court No. | Protest Number | Entry Number |
|-----------|----------------|--------------|
|           |                | 595-0135882-0 |
|           |                | 595-0136396-0 |
|           |                | 595-0137166-6 |
|           |                | 595-0137170-8 |
|           |                | 595-0137182-3 |
|           |                | 595-0137636-8 |
|           |                | 595-0138046-9 |
|           |                | 595-0138050-1 |
|           |                | 595-0138314-1 |
|           |                | 595-0138316-6 |
|           |                | 595-0138742-3 |
|           |                | 595-0139156-5 |
|           |                | 595-0139158-1 |
|           |                | 595-0139412-2 |
|           |                | 595-0139584-8 |
|           |                | 595-0140218-0 |
|           |                | 595-0173140-6 |
|           |                | 595-0176092-6 |
|           |                | 595-0176120-5 |
|           |                | 595-0176262-5 |
|           |                | 595-0176882-0 |
|           |                | 595-0177288-9 |
|           |                | 595-0177290-5 |
|           |                | 595-0177292-1 |
|           |                | 595-0177300-2 |
|           |                | 595-0177302-8 |
|           |                | 595-0177308-5 |
|           |                | 595-0177684-9 |
|           |                | 595-0178032-0 |
|           |                | 595-0178034-6 |
|           |                | 595-0178042-9 |
|           |                | 595-0178460-3 |
|           |                | 595-0178876-0 |
|           |                | 595-0178884-4 |
|           |                | 595-0178886-9 |
|           |                | 595-0178888-5 |
|           |                | 595-0179184-8 |
|           |                | 595-0179186-3 |
|           |                | 595-0179930-4 |
|           |                | 595-0179932-0 |
|           |                | 595-0179936-1 |

# SCHEDULE A

| Court No. | Protest Number | Entry Number |
|-----------|----------------|--------------|
| | | 595-0179942-9 |
| | | 595-0179944-5 |
| | | 595-0180386-6 |
| | | 595-0180394-0 |
| | | 595-0180506-9 |
| | | 595-0180510-1 |
| | | 595-0180512-7 |
| | | 595-0180516-8 |
| | | 595-0181220-6 |
| | | 595-0181254-5 |
| | | 595-0181256-0 |
| | | 595-0181368-3 |
| | | 595-0181908-6 |
| | | 595-0181912-8 |
| | | 595-0182958-0 |
| | 4501-95-100060 | 595-0183418-4 |
| | | 595-0183422-6 |
| | | 595-0183556-1 |
| | | 595-0183564-5 |
| | | 595-0184262-5 |
| | | 595-0185272-3 |
| | | 595-0185628-6 |
| | | 595-0186403-3 |
| | | 595-0186489-2 |
| | | 595-0187367-9 |
| | | 595-0187375-2 |
| | | 595-0187379-4 |
| | | 595-0187387-7 |
| | | 595-0187661-5 |
| | | 595-0188225-8 |
| | | 595-0189225-7 |
| | | 595-0189227-3 |
| | | 595-0189249-7 |
| | | 595-0190869-9 |
| | | 595-0190883-0 |
| | | 595-0190887-1 |
| | | 595-0190905-1 |
| | | 595-0191599-1 |

# SCHEDULE A

| Court No. | Protest Number | Entry Number |
|---|---|---|
| | 4501-95-100086 | 595-0190895-4 |
| | | 595-0191659-3 |
| | | 595-0191661-9 |
| | | 595-0192049-6 |
| | | 595-0192209-6 |
| | | 595-0192739-2 |
| | | 595-0193573-4 |
| | | 595-0193579-1 |
| | | 595-0194109-6 |
| | | 595-0194519-6 |
| | | 595-0194539-4 |
| | | 595-0194541-0 |
| | | 595-0195589-8 |
| | | 595-0195087-3 |
| | | 595-0195105-3 |
| | | 595-0195107-9 |
| | | 595-0195109-5 |
| | | 595-0196011-2 |
| | | 595-0196163-1 |
| | | 595-1966479-1 |
| | | 595-0196659-8 |
| | | 595-0196979-0 |
| | | 595-0197013-7 |
| | | 595-0197015-2 |
| | | 595-0197031-9 |
| | | 595-0197815-5 |
| | | 595-0197829-6 |
| | | 595-0197831-2 |
| | | 595-0197835-3 |
| | | 595-0198631-5 |
| | | 595-0198635-6 |
| | | 595-0198899-8 |
| | | 595-0198913-7 |
| | | 595-0198949-1 |
| | | 595-0198963-2 |
| | | 595-0198989-7 |
| 96-05-01301 | 4501-95-100124 | 595-0199521-7 |
| | | 595-0199523-3 |
| | | 595-0199527-4 |
| | | 595-0200011-6 |

# SCHEDULE A

| Court No. | Protest Number | Entry Number |
|-----------|----------------|--------------|
|           |                | 595-0200731-9 |
|           |                | 595-0200739-2 |
|           |                | 595-0200747-5 |
|           |                | 595-0200749-1 |
|           |                | 595-0200765-7 |
|           |                | 595-0201615-3 |
|           |                | 595-0201617-9 |
|           |                | 595-0201647-6 |
|           |                | 595-0202055-1 |
|           |                | 595-0202065-0 |
|           |                | 595-0202071-8 |
|           |                | 595-0202081-7 |
|           |                | 595-0202481-9 |
|           |                | 595-0202485-0 |
|           |                | 595-0202939-6 |
|           |                | 595-0202955-2 |
|           |                | 595-0203465-1 |
|           |                | 595-0203467-7 |
|           |                | 595-0203489-1 |
|           |                | 595-0203757-1 |
|           |                | 595-0203759-7 |
|           |                | 595-0203761-3 |
|           |                | 595-0203901-5 |
|           |                | 595-0203903-1 |
|           |                | 595-0204261-3 |
|           |                | 595-0204505-3 |
|           |                | 595-0205011-1 |
|           |                | 595-0205249-7 |
|           |                | 595-0205251-3 |
|           |                | 595-0205255-4 |
|           |                | 595-0205913-8 |
|           |                | 595-0206309-8 |
|           |                | 595-0206311-4 |
|           | 4501-96-100008 | 595-0206527-5 |
|           |                | 595-0207111-7 |
|           |                | 595-0207117-4 |
|           |                | 595-0207119-0 |
|           |                | 595-0207121-6 |
|           |                | 595-0207713-0 |
|           |                | 595-0207717-1 |

7

# SCHEDULE A

| Court No. | Protest Number | Entry Number |
|---|---|---|
| | | 595-0207719-7 |
| | | 595-0208497-9 |
| | | 595-0208981-2 |
| | | 595-0208983-8 |
| | | 595-0209349-1 |
| | | 595-0210241-7 |
| | | 595-0210247-4 |
| | | 595-0210249-0 |
| | | 595-0210613-7 |
| | | 595-0210623-6 |
| | | 595-0211133-5 |
| | | 595-0211135-0 |
| | | 595-0212275-3 |
| | | 595-0212283-7 |
| | | 595-0212285-2 |
| | | 595-0212553-3 |
| | 4501-96-100023 | 595-0212935-2 |
| | | 595-0213181-2 |
| | | 595-0213183-8 |
| | | 595-0214179-5 |
| | | 595-0214181-1 |
| | | 595-0215145-5 |
| | | 595-0215569-6 |
| | | 595-0215845-0 |
| | | 595-0216589-3 |
| | | 595-0217105-7 |
| | | 595-0217581-9 |
| | | 595-0217895-3 |
| | | 595-0218057-9 |
| | | 595-0218061-1 |
| | | 595-0218221-1 |
| | | 595-0218731-9 |
| | | 595-0218733-5 |
| | | 595-0218735-0 |
| | | 595-0218737-6 |
| | | 595-0219019-8 |
| | | 595-0219199-8 |
| | | 595-0219201-2 |

# SCHEDULE A

| Court No. | Protest Number | Entry Number |
|---|---|---|
| 96-12-02747 | 4501-96-100060 | 595-0219201-2 |
| | | 595-0220067-4 |
| | | 595-0220069-0 |
| | | 595-0220071-6 |
| | | 595-0220667-1 |
| | | 595-0220669-7 |
| | | 595-0220825-5 |
| | | 595-0220839-6 |
| | | 595-0220847-9 |
| | | 595-0220849-5 |
| | | 595-0221443-6 |
| | | 595-0221445-1 |
| | | 595-0222677-8 |
| | | 595-0222679-4 |
| | | 595-0223073-9 |
| | | 595-0223085-3 |
| | | 595-0223087-9 |
| | | 595-0223089-5 |
| | | 595-0224105-8 |
| | | 595-0224111-6 |
| | | 595-0224113-2 |
| | | 595-0224115-7 |
| | | 595-0224541-4 |
| | 4501-96-100075 | 595-0224539-8 |
| | | 595-0224951-5 |
| | | 595-0224955-6 |
| | | 595-0225645-2 |
| | | 595-0225843-3 |
| | | 595-0225845-8 |
| | | 595-0225847-4 |
| | | 595-0226239-3 |
| | | 595-0226241-9 |
| | | 595-0227145-1 |
| | | 595-0227181-6 |
| | | 595-0229975-9 |
| | | 595-0228023-9 |
| | | 595-0228637-6 |
| | | 595-0228639-2 |
| | | 595-0229293-7 |
| | | 595-0229979-1 |
| | | 595-0229981-7 |

9

# SCHEDULE A

| Court No. | Protest Number | Entry Number |
|-----------|----------------|--------------|
|           | 4501-96-100089 | 595-0230855-0 |
|           |                | 595-0230859-2 |
|           |                | 595-0230861-8 |
|           |                | 595-0231695-9 |
|           |                | 595-0232085-2 |
|           |                | 595-0233803-7 |
|           |                | 595-0234379-7 |
|           |                | 595-0235669-0 |
|           |                | 595-0236391-0 |
|           |                | 595-0236395-1 |
|           |                | 595-0237175-6 |
|           |                | 595-0237177-2 |
| 97-07-01092 | 4501-97-100001 | 595-0239171-3 |
|           |                | 595-0239187-9 |
|           |                | 595-0239751-2 |
|           |                | 595-0239769-4 |
|           |                | 595-0239779-3 |
|           |                | 595-0240645-3 |
|           |                | 595-0240647-9 |
|           |                | 595-0240651-1 |
|           |                | 595-0241389-7 |
|           |                | 595-0241393-9 |
|           |                | 595-0241395-4 |
|           |                | 595-0241635-3 |
|           |                | 595-0242181-7 |
|           |                | 595-0242199-9 |
|           |                | 595-0242205-4 |
|           |                | 595-0242215-3 |
|           |                | 595-0242521-4 |
|           |                | 595-0242525-5 |
|           | 4501-97-100027 | 595-0246223-3 |
|           |                | 595-0246395-9 |
|           |                | 595-0247401-4 |
|           |                | 595-0247405-5 |
|           |                | 595-0247407-1 |
|           |                | 595-0247409-7 |
|           |                | 595-0247411-3 |
|           |                | 595-0247413-9 |

# SCHEDULE A

| Court No. | Protest Number | Entry Number |
|-----------|----------------|--------------|
| | | 595-0247427-9 |
| | | 595-0247429-5 |
| | | 595-0247433-7 |
| | | 595-0248335-3 |
| | | 595-0248343-7 |
| | | 595-0249173-7 |
| | | 595-0249179-4 |
| | | 595-0249181-0 |
| | | 595-0249447-5 |
| | | 595-0249451-7 |
| | | 595-0250007-3 |
| | | 595-0250011-5 |
| | | 595-0251013-0 |
| | | 595-0251015-5 |
| | | 595-0251017-1 |
| | | 595-0251599-8 |
| | | 595-0251603-8 |
| | | |
| | 4501-97-100059 | 595-0252273-9 |
| | | 595-0252275-4 |
| | | 595-0252277-0 |
| | | 595-0252845-4 |
| | | 595-0252847-0 |
| | | 595-0252849-6 |
| | | 595-0253711-7 |
| | | 595-0253723-2 |
| | | 595-0253727-3 |
| | | 595-0253731-5 |
| | | 595-0254133-3 |
| | | 595-0254137-4 |
| | | 595-0254723-1 |
| | | 595-0254725-6 |
| | | 595-0255373-4 |
| | | 595-0255375-9 |
| | | 595-0255377-5 |
| | | 595-0255379-1 |
| | | 595-0255883-2 |
| | | 595-0255887-3 |
| | | 595-0255889-9 |
| | | 595-0255895-6 |
| | | 595-0256115-8 |

# SCHEDULE A

| Court No. | Protest Number | Entry Number |
|---|---|---|
| | | 595-0256283-4 |
| | | 595-0256285-9 |
| | | 595-0256287-5 |
| | | 595-0256459-0 |
| | | 595-0256751-0 |
| | | 595-0256753-6 |
| | | 595-0256755-1 |
| | | 595-0256757-7 |
| | | 595-0257429-2 |
| | | 595-0257431-8 |
| | | 595-0257439-1 |
| | | 595-0257921-8 |
| | | 595-0257925-9 |
| | | 595-0257935-8 |
| | | 595-0258507-4 |
| | | 595-0257939-0 |
| | | 595-0258505-8 |
| | | 595-0258559-5 |
| | | 595-0258561-1 |
| | | 595-0258563-7 |
| | | 595-0258573-6 |
| | | 595-0258575-1 |
| 98-02-00233 | 4501-97-100088 | 595-0257433-4 |
| | | 595-0258557-9 |
| | | 595-0259177-5 |
| | | 595-0259179-1 |
| | | 595-0259181-7 |
| | | 595-0259183-3 |
| | | 595-0025193-2 |
| | | 595-0259195-7 |
| | | 595-0259759-0 |
| | | 595-0526332-3 |
| | | 595-0260471-9 |
| | | 595-0260473-5 |
| | | 595-0260475-0 |
| | | 595-0261291-0 |
| | | 595-0261283-7 |
| | | 595-0261293-6 |

# SCHEDULE A

| Court No. | Protest Number | Entry Number |
|---|---|---|
| | 4501-97-100089 | 595-0261881-8 |
| | | 595-0261883-4 |
| | | 595-0261893-3 |
| | | 595-0261897-4 |
| | | 595-0261903-0 |
| 98-12-03244 | 4501-98-100005 | 595-0262541-7 |
| | | 595-0263491-4 |
| | | 595-0263707-3 |
| | | 595-0263709-9 |
| | | 595-0264499-6 |
| | | 595-0264505-0 |
| | | 595-0264509-2 |
| | | 595-0264511-8 |
| | | 595-0264513-4 |
| | | 595-0265035-7 |
| | | 595-0265037-3 |
| | | 595-0265039-9 |
| | | 595-0265259-3 |
| | | 595-0265583-6 |
| | | 595-0265995-2 |
| | | 595-0265997-8 |
| | | 595-0266001-8 |
| | | 595-0266005-9 |
| | | 595-0266009-1 |
| | | 595-0266011-7 |
| | | 595-0266725-2 |
| | | 595-0266729-4 |
| | | 595-0266733-6 |
| | | 595-0267165-0 |
| | | 595-0267167-6 |
| | | 595-0267169-2 |
| | | 595-0267171-8 |
| | | 595-0267395-3 |
| | | 595-0267397-9 |
| | | 595-0268121-2 |
| | | 595-0268127-9 |
| | | 595-0268129-5 |
| | | 595-0268131-1 |
| | | 595-0268135-2 |
| | | 595-0268937-1 |
| | | 595-0268939-7 |

# SCHEDULE A

| Court No. | Protest Number | Entry Number |
|-----------|----------------|--------------|
| | | 595-0268943-9 |
| | | 595-0269029-6 |
| | | 595-0269031-2 |
| | | 595-0269147-6 |
| | | 595-0269157-5 |
| | | 595-0269337-3 |
| | | 595-0269429-8 |
| | | 595-0269431-4 |
| | | 595-0269433-0 |
| | | 595-0269487-6 |
| | | 595-0270401-4 |
| | | 595-0270403-0 |
| | | 595-0270405-5 |
| | | 595-0270407-1 |
| | | 595-0270409-7 |
| | | 595-0270417-0 |
| | | 595-0270661-3 |
| | | 595-0270665-4 |
| | | 595-0270675-3 |
| | | 595-0270677-9 |
| | | 595-0270679-5 |
| | | 595-0270681-1 |
| | | 595-0270683-7 |
| | 4501-98-100009 | 595-0270669-6 |
| | | 595-0270671-2 |
| | | 595-0271111-8 |
| | | 595-0271739-6 |
| | | 595-0271751-1 |
| | | 595-0271757-8 |
| | | 595-0271759-4 |
| | | 595-0271765-1 |
| | | 595-0272223-0 |
| | | 595-0272225-5 |
| | | 595-0272229-7 |
| | | 595-0272285-9 |
| | | 595-0272495-4 |
| | | 595-0273125-6 |
| | | 595-0273129-8 |
| | | 595-0273133-0 |
| | | 595-0273265-0 |

14

# SCHEDULE A

| Court No. | Protest Number | Entry Number |
|---|---|---|
| | | 595-0273269-2 |
| | | 595-0273271-8 |
| | | 595-0273277-5 |
| | | 595-0273499-5 |
| | | 595-0273501-8 |
| | | 595-0273707-1 |
| | | 595-0273713-9 |
| | | 595-0273715-4 |
| | | 595-0273991-1 |
| | | 595-0273993-7 |
| | | 595-0273995-2 |
| | | 595-0273997-8 |
| | | 595-0273999-4 |
| | | 595-0274495-2 |
| | | 595-0274497-8 |
| | | 595-0274499-4 |
| | | 595-0274503-3 |
| | | 595-0274505-8 |
| | | 595-0274507-4 |
| | | 595-0274509-0 |
| | | 595-0274511-6 |
| | | 595-0274513-2 |
| | | 595-0274773-2 |
| | | 595-0275581-8 |
| | | 595-0275583-4 |
| | | 595-0275585-9 |
| | | 595-0275587-5 |
| | | 595-0275589-1 |
| | | 595-0275591-7 |
| | | 595-0275593-3 |
| | | 595-0275595-8 |
| | | 595-0275597-4 |
| | | 595-0275599-0 |
| | | 595-0275687-3 |
| | | 595-0276193-1 |
| | | 595-0276205-3 |
| | | 595-0276207-9 |
| | | 595-0276213-7 |
| | | 595-0276215-2 |
| | | 595-0276217-8 |
| | | 595-0276221-0 |

# SCHEDULE A

| Court No. | Protest Number | Entry Number |
|-----------|----------------|--------------|
| | | 595-0276225-1 |
| | | 595-0276229-3 |
| | | 595-0276233-5 |
| | | 595-0277047-8 |
| | | 595-0277057-7 |
| | | 595-0277059-3 |
| | | 595-0277061-9 |
| | | 595-0277063-5 |
| | | 595-0277065-0 |
| | 4501-98-100012 | 595-0277749-9 |
| | | 595-0277751-5 |
| | | 595-0277753-1 |
| | | 595-0277755-6 |
| | | 595-0277757-2 |
| | | 595-0277759-8 |
| | | 595-0277761-4 |
| | | 595-0277765-5 |
| | | 595-0277769-7 |
| | | 595-0277771-3 |
| | | 595-0278045-1 |
| | | 595-0278537-7 |
| | | 595-0278539-3 |
| | | 595-0278551-8 |
| | | 595-0278553-4 |
| | | 595-0278557-5 |
| | | 595-0278559-1 |
| | | 595-0278561-7 |
| | | 595-0278567-4 |
| | | 595-0278573-2 |
| | | 595-0279593-9 |
| | | 595-0279797-6 |
| | | 595-0279799-2 |
| | | 595-0279801-6 |
| | | 595-0279803-2 |
| | | 595-0279805-7 |
| | | 595-0280043-2 |
| | | 595-0280045-7 |
| | | 595-0280047-3 |
| | | 595-0280049-9 |
| | | 595-0280055-6 |

# **SCHEDULE A**

| Court No. | Protest Number | Entry Number |
|---|---|---|
| | | 595-0280059-8 |
| | | 595-0280353-5 |
| | | 595-0280449-1 |
| | | 595-0280451-7 |
| | | 595-0280453-3 |
| | | 595-0280455-8 |
| | | 595-0281303-9 |
| | | 595-0281321-1 |
| | | 595-0281323-7 |
| | | 595-0281325-2 |
| | | 595-0282711-2 |
| | | 595-0282103-2 |
| | | 595-0282407-7 |
| | | 595-0282409-3 |
| | | 595-0282411-9 |
| | | 595-0282679-1 |
| | | 595-0282681-7 |
| | | 595-0282683-3 |
| | | 595-0283171-8 |
| | | 595-0283177-5 |
| | | 595-0283179-1 |
| | | 595-0283181-7 |
| | | 595-0283183-3 |
| | | 595-0283185-8 |
| | | 595-0283887-9 |
| | | 595-0283889-5 |
| | | 595-0283891-1 |
| | | 595-0283893-7 |
| | | 595-0284797-9 |
| | | 595-0284799-5 |
| | | 595-0285579-0 |
| | | 595-0284897-7 |
| | | 595-0284899-3 |
| | | 595-0284901-7 |
| | | 595-0284903-3 |
| | | 595-0284905-8 |
| | 4501-98-100014 | 595-0285741-6 |
| | | 595-0285743-2 |
| | | 595-0285745-7 |
| | | 595-0285747-3 |

17

# SCHEDULE A

| Court No. | Protest Number | Entry Number |
|-----------|----------------|--------------|
| | | 595-0285749-9 |
| | | 595-0285751-5 |
| | | 595-0285753-1 |
| | | 595-0286247-3 |
| | | 595-0285811-7 |
| | | 595-0285893-5 |
| | | 595-0286105-3 |
| | | 595-0286107-9 |
| | | 595-0286109-5 |
| | | 595-0286111-1 |
| | | 595-0286113-7 |
| | | 595-0286115-2 |
| | | 595-0286357-0 |
| | | 595-0286905-6 |
| | | 595-0286907-2 |
| | | 595-0286909-8 |
| | | 595-0286911-4 |
| | | 595-0286913-0 |
| | | 595-0287447-8 |
| | | 595-0287689-5 |
| | | 595-0278691-1 |
| | | 595-0288057-4 |
| | | 595-0288059-0 |
| | | 595-0288143-2 |
| | | 595-0288393-3 |
| | | 595-0288647-2 |
| | | 595-0289125-8 |
| | | 595-0290589-2 |
| | | 595-0290591-8 |
| | | 595-0290593-4 |
| | | 595-0290595-9 |
| 99-09-00572 | 4501-99-100001 | 595-0291565-1 |
| | | 595-0291567-7 |
| | | 595-0291569-3 |
| | | 595-0291573-5 |
| | | 595-0291575-0 |
| | | 595-0291577-6 |
| | | 595-0291581-8 |
| | | 595-0291599-0 |
| | | 595-0292155-0 |

# SCHEDULE A

| Court No. | Protest Number | Entry Number |
|---|---|---|
| | | 595-0292609-6 |
| | | 595-0292611-2 |
| | | 595-0292895-1 |
| | | 595-0293495-9 |
| | | 595-0293497-5 |
| | | 595-0293499-1 |
| | | 595-0293501-4 |
| | | 595-0293503-0 |
| | | 595-0293567-5 |
| | | 595-0294443-8 |
| | | 595-0294447-9 |
| | | 595-0294965-0 |
| | | 595-0294975-9 |
| | | 595-0294977-5 |
| | | 595-0295849-5 |
| | | 595-0296411-3 |
| | | 595-0296415-4 |
| | | 595-0297577-0 |
| | | 595-0297881-6 |
| | | 595-0297887-3 |
| 00-03-00092 | 4501-99-100008 | 595-0299421-9 |
| | | 595-0299605-7 |
| | | 595-0299609-9 |
| | | 595-0299611-5 |
| | | 595-0299619-8 |
| | | 595-0299621-4 |
| | | 595-0299811-1 |
| | | 595-0299845-9 |
| | | 595-0299847-5 |
| | | 595-0301397-7 |
| | | 595-0301787-9 |
| | | 595-0301791-1 |
| | | 595-0301789-5 |
| | | 595-0303123-5 |
| | | 595-0303289-4 |
| | | 595-0303297-7 |
| | | 595-0304177-0 |
| | | 595-0304179-6 |
| | | 595-0305323-9 |

# SCHEDULE A

| Court No. | Protest Number | Entry Number |
|-----------|----------------|--------------|
|           |                | 595-0305325-4 |
|           |                | 595-0305329-6 |
|           |                | 595-0305335-3 |
|           |                | 595-0305337-9 |
|           |                | 595-0305339-5 |
|           |                | 595-0305341-1 |
|           |                | 595-0305995-4 |
|           |                | 595-0306221-4 |
|           |                | 595-0306223-0 |
|           |                | 595-0306225-5 |
|           |                | 595-0306229-7 |
|           |                | 595-0306233-9 |
|           |                | 595-0306895-5 |
|           |                | 595-0306897-1 |
|           |                | 595-0306915-1 |
|           |                | 595-0306917-7 |
|           |                | 595-0306919-3 |
|           |                | 595-0306921-9 |
|           |                | 595-0307127-2 |
|           |                | 595-0307147-0 |
|           | 4501-99-100021 | 595-0307141-3 |
|           |                | 595-0307143-9 |
|           |                | 595-0308349-1 |
|           |                | 595-0308351-7 |
|           |                | 595-0308499-4 |
|           |                | 595-0308501-7 |
|           |                | 595-0308929-0 |
|           |                | 595-0308931-6 |
|           |                | 595-0308933-2 |
|           |                | 595-0308935-7 |
|           |                | 595-0308937-3 |
|           |                | 595-0308943-1 |
|           |                | 595-0308945-6 |
|           |                | 595-0310427-1 |
|           |                | 595-0310429-7 |
|           |                | 595-0310431-3 |
|           |                | 595-0310433-9 |
|           |                | 595-0310435-4 |
|           |                | 595-0311569-9 |
|           |                | 595-0311571-5 |

# SCHEDULE A

| Court No. | Protest Number | Entry Number |
|-----------|----------------|--------------|
|           |                | 595-0311573-1 |
|           |                | 595-0311575-6 |
|           |                | 595-0311951-9 |
|           |                | 595-0311955-0 |
|           |                | 595-0312631-6 |
|           |                | 595-0312633-2 |
|           |                | 595-0313577-0 |
|           |                | 595-0313581-2 |
|           |                | 595-0314253-7 |
|           |                | 595-0314775-9 |
|           |                | 595-0314781-7 |
|           | 4501-99-100042 | 595-0317781-4 |
|           |                | 595-0318931-4 |
|           |                | 595-0319317-5 |
|           |                | 595-0319563-4 |
|           |                | 595-0320421-2 |
|           |                | 595-0320423-8 |
|           |                | 595-0320429-5 |
|           |                | 595-0320791-8 |
|           |                | 595-0320793-4 |
|           |                | 595-0321301-5 |
|           |                | 595-0321303-1 |
|           |                | 595-0322473-1 |
|           |                | 595-0322791-6 |
|           |                | 595-0322793-2 |
|           |                | 595-0322909-4 |
|           |                | 595-0323743-6 |
|           |                | 595-0323895-4 |
|           |                | 595-0323897-0 |
|           |                | 595-0324549-6 |
|           |                | 595-0324599-1 |
|           |                | 595-0326169-1 |
|           |                | 595-0326171-7 |
|           | 4501-00-10001  | 595-0325587-5 |
|           |                | 595-0326173-3 |
|           |                | 595-0327041-1 |
|           |                | 595-0327835-6 |
|           |                | 595-0328449-5 |

# SCHEDULE A

| Court No. | Protest Number | Entry Number |
|---|---|---|
| | | 595-0328451-1 |
| | | 595-0329001-3 |
| | | 595-0329003-9 |
| | | 595-0329869-3 |
| | | 595-0329871-9 |
| | | 595-0329873-5 |
| | | 595-0329875-0 |
| | | 595-0329863-6 |
| | | 595-0329967-5 |
| | | 595-0330361-8 |
| | | 595-0330541-5 |
| | | 595-0330545-6 |
| | | 595-0332111-5 |
| | | 595-0333675-8 |
| | | 595-0333677-4 |
| | | 595-0333681-6 |
| 00-11-00534 | 4501-00-100002 | 595-0334151-9 |
| | | 595-0334209-5 |
| | | 595-0334683-1 |
| | | 595-0334687-2 |
| | | 595-0335313-4 |
| | | 595-0335411-6 |
| | | 595-0335817-4 |
| | | 595-0336301-8 |
| | | 595-0337215-9 |
| | | 595-0337217-5 |
| | | 595-0337465-0 |
| | | 595-0338045-9 |
| | | 595-0338303-2 |
| | | 595-0338339-6 |
| | | 595-0338591-2 |
| | | 595-0338595-3 |
| | | 595-0338597-9 |
| | | 595-0338599-5 |
| | | 595-0338601-9 |
| | | 595-0339161-3 |
| | | 595-0339477-3 |
| | | 595-0339977-2 |
| | | 595-0339979-8 |
| | | 595-0339983-0 |

# SCHEDULE A

| Court No. | Protest Number | Entry Number |
|-----------|----------------|--------------|
|           |                | 595-0033985-5 |
|           |                | 595-0339987-1 |
|           |                | 595-0340325-1 |
|           |                | 595-0340327-7 |
|           | 4501-00-100007 | 595-0340949-8 |
|           |                | 595-0340951-4 |
|           |                | 595-0341389-6 |
|           |                | 595-0341403-5 |
|           |                | 595-0341405-0 |
|           |                | 595-0341407-6 |
|           |                | 595-0341409-2 |
|           |                | 595-0342175-8 |
|           |                | 595-0342513-0 |
|           |                | 595-0342987-6 |
|           |                | 595-0344101-2 |
|           |                | 595-0344331-5 |
|           |                | 595-0344737-3 |
|           |                | 595-0344739-9 |
|           |                | 595-0344753-0 |
|           |                | 595-0344757-1 |
|           |                | 595-0344761-3 |
|           |                | 595-0344775-3 |
|           |                | 595-0345373-6 |
|           |                | 595-0345471-8 |
|           |                | 595-0345475-9 |
|           |                | 595-0345671-3 |
|           |                | 595-0345675-4 |
|           |                | 595-0345729-9 |
|           |                | 595-0345997-2 |
|           |                | 595-0346455-0 |
|           |                | 595-0346613-4 |
|           |                | 595-0346619-1 |
|           |                | 595-0346997-1 |
|           |                | 595-0346999-7 |
|           |                | 595-0347003-7 |
|           |                | 595-0347005-2 |
|           |                | 595-0347009-4 |
|           |                | 595-0347011-0 |
|           |                | 595-0347475-7 |
|           |                | 595-0347479-9 |

23

# SCHEDULE A

| Court No. | Protest Number | Entry Number |
|-----------|----------------|--------------|
| | | 595-0347481-5 |
| | | 595-0347483-1 |
| | | 595-0347485-6 |
| | | 595-0347487-2 |
| | | 595-0347733-9 |
| | | 595-0347737-0 |
| | | 595-0347897-2 |
| | | 595-0347901-2 |
| | | 595-0347903-8 |
| | | 595-0348037-4 |
| | | 595-0348039-0 |
| | | 595-0348507-6 |
| | | 595-0348509-2 |
| | | 595-0348511-8 |
| | | 595-0348513-4 |
| | 4501-00-100050 | 595-0348883-1 |
| | | 595-3048887-2 |
| | | 595-0349047-2 |
| | | 595-0349049-8 |
| | | 595-0349051-4 |
| | | 595-0349055-5 |
| | | 595-0349057-1 |
| | | 595-0349059-7 |
| | | 595-0349061-3 |
| | | 595-0349065-4 |
| | | 595-0350099-9 |
| | | 595-0350185-6 |
| | | 595-0350189-8 |
| | | 595-0350193-0 |
| | | 595-0350195-5 |
| | | 595-0350197-1 |
| | | 595-0350199-7 |
| | | 595-0350201-1 |
| | | 595-0350205-2 |
| | | 595-0350207-8 |
| | | 595-0350709-3 |
| | | 595-0350711-9 |
| | | 595-0350713-5 |
| | | 595-0350715-0 |
| | | 595-0351035-2 |

# SCHEDULE A

| Court No. | Protest Number | Entry Number |
|-----------|----------------|--------------|
| | | 595-0351037-8 |
| | | 595-0351157-4 |
| | | 595-0351925-4 |
| | | 595-0351929-6 |
| | | 595-0351931-2 |
| | | 595-0351935-3 |
| | | 595-0351937-9 |
| | | 595-0352801-6 |
| | | 595-0352803-2 |
| | | 595-0352805-7 |
| | | 595-0352953-5 |
| | | 595-0353827-0 |
| | | 595-0354427-8 |
| | | 595-0354431-0 |
| | | 595-0354435-1 |
| | | 595-0354445-0 |
| | | 595-0354669-5 |
| | 4501-00-100074 | 595-0356263-5 |
| | | 595-0356265-0 |
| | | 595-0356841-8 |
| | | 595-0357381-4 |
| | | 595-0357383-0 |
| | | 595-0357865-6 |
| | | 595-0357867-2 |
| | | 595-0358559-4 |
| | | 595-0358561-0 |
| | | 595-0358563-6 |
| | | 595-0359115-4 |
| | | 595-0359241-8 |
| | | 595-0359245-9 |
| | | 595-0360025-2 |
| | | 595-0360027-8 |
| | | 595-0361653-0 |
| | | 595-0361655-5 |
| | | 595-0361657-1 |
| | | 595-0361923-7 |
| | | 595-0362041-7 |
| | | 595-0362043-3 |
| | | 595-0362925-1 |

# SCHEDULE A

| Court No. | Protest Number | Entry Number |
|-----------|----------------|--------------|
| 02-00147 | 4501-01-100001 | 595-0362923-6 |
| | | 595-0362927-7 |
| | | 595-0362931-9 |
| | | 595-0364173-6 |
| | | 595-0364179-3 |
| | | 595-0364181-9 |
| | | 595-0364183-5 |
| | | 595-0364187-6 |
| | | 595-0364191-8 |
| | | 595-0364877-2 |
| | | 595-0364883-0 |
| | | 595-0365315-2 |
| | | 595-0365317-8 |
| | | 595-0365319-4 |
| | | 595-0365321-0 |
| | | 595-0366245-0 |
| | | 595-0366247-6 |
| | | 595-0366249-2 |
| | | 595-0366431-6 |
| | | 595-0366433-2 |
| | | 595-0366437-3 |
| | | 595-0366893-7 |
| | | 595-0366953-9 |
| | | 595-0366957-0 |
| | | 595-0367263-2 |
| | | 595-0367781-3 |
| | | 595-0367993-4 |
| | | 595-0367995-9 |
| | | 595-0368795-2 |
| | 4501-01-100008 | 595-0369297-8 |
| | | 595-0369301-8 |
| | | 595-0369307-5 |
| | | 595-0370171-2 |
| | | 595-0370623-2 |
| | | 595-0370625-7 |
| | | 595-0370637-2 |
| | | 595-0370907-9 |
| | | 595-0372233-8 |
| | | 595-0372235-3 |

# SCHEDULE A

| Court No. | Protest Number | Entry Number |
|-----------|----------------|--------------|
|  |  | 595-0372239-5 |
|  |  | 595-0372479-7 |
|  |  | 595-0372763-4 |
|  |  | 595-0372765-9 |
|  |  | 595-0373005-9 |
|  |  | 595-0373313-7 |
|  |  | 595-0373315-2 |
|  |  | 595-0373317-8 |
|  |  | 595-0373771-6 |
|  |  | 595-0374229-4 |
|  |  | 595-0374231-0 |
|  |  | 595-0374233-6 |
|  |  | 595-0374235-1 |
|  |  | 595-0374541-2 |
|  |  | 595-0374543-8 |
|  |  | 595-0374927-3 |
|  |  | 595-0375153-5 |
|  |  | 595-0375167-5 |
|  |  | 595-0375169-1 |
|  |  | 595-0375733-4 |
|  |  | 595-0376811-7 |
|  | 4501-01-100043 | 595-0376561-8 |
|  |  | 595-0376565-9 |
|  |  | 595-0376961-0 |
|  |  | 595-0376963-6 |
|  |  | 595-0377277-0 |
|  |  | 595-0377511-2 |
|  |  | 595-0377513-8 |
|  |  | 595-0378341-3 |
|  |  | 595-0379003-8 |
|  |  | 595-0379005-3 |
|  |  | 595-0379007-9 |
|  |  | 595-0379013-7 |
|  |  | 595-0379341-2 |
|  |  | 595-0380567-9 |
|  |  | 595-0380569-5 |
|  |  | 595-0380571-1 |

# SCHEDULE A

| Court No. | Protest Number | Entry Number |
|-----------|----------------|--------------|
|  |  | 595-0380573-7 |
|  |  | 595-0380639-6 |
|  |  | 595-0030641-2 |
|  |  | 595-0380643-8 |
|  |  | 595-0381043-0 |
|  |  | 595-0381045-5 |
|  |  | 595-0381047-1 |
|  |  | 595-0381049-7 |
|  |  | 595-0381051-3 |
|  |  | 595-0381121-4 |
|  |  | 595-0381927-4 |
|  |  | 595-0381931-6 |
|  |  | 595-0381935-7 |
|  |  | 595-0381939-9 |
|  | 4501-01-100075 | 595-0381941-5 |
|  |  | 595-0381949-8 |
|  |  | 595-0381951-4 |
|  |  | 595-0381953-0 |
|  |  | 595-0383241-8 |
|  |  | 595-0383243-4 |
|  |  | 595-0383507-2 |
|  |  | 595-0383865-4 |
|  |  | 595-0383869-6 |
|  |  | 595-0383873-8 |
|  |  | 595-0383875-3 |
|  |  | 595-0384303-5 |
|  |  | 595-0384305-0 |
|  |  | 595-0384309-2 |
|  |  | 595-0384751-5 |
|  |  | 595-0385951-0 |
|  |  | 595-0385957-7 |
|  |  | 595-0385969-2 |
|  |  | 595-0385979-1 |
|  |  | 595-0385983-3 |
|  |  | 595-0386207-6 |
|  |  | 595-0386211-8 |
|  |  | 595-0386215-9 |
|  |  | 595-0386373-6 |
|  |  | 595-0386947-7 |
|  |  | 595-0387405-5 |

# SCHEDULE A

| Court No. | Protest Number | Entry Number |
|---|---|---|
| | | 595-0387407-1 |
| | | 595-0387409-7 |
| | | 595-0387805-6 |
| | 4501-01-100081 | 595-0387811-4 |
| | | 595-0387819-7 |
| | | 595-0388225-6 |
| | | 595-0388333-8 |
| | | 595-0388335-3 |
| | | 595-0388759-4 |
| | | 595-0389251-1 |
| | | 595-0389501-9 |
| | | 595-0390515-6 |
| | | 595-0391527-0 |
| | | 595-0391529-6 |
| | | 595-0392351-4 |
| | | 595-0392357-1 |
| | | 595-0392905-7 |
| | | 595-0393453-7 |
| | | 595-0393625-0 |
| | | 595-0394387-6 |
| | | 595-0394125-0 |
| | 4501-01-100087 | 595-0395055-8 |
| | | 595-0395713-2 |
| | | 595-0395715-7 |
| | | 595-0396217-3 |
| | | 595-0396459-1 |
| | | 595-0397463-2 |
| | | 595-0397467-3 |
| | | 595-0397985-4 |
| | | 595-0398281-7 |
| | | 595-0398905-1 |
| | | 595-0398907-7 |
| | | 595-0394123-5 |
| 02-00575 | 4501-02-100025 | 595-0399951-4 |
| | | 595-0399953-0 |
| | | 595-0401147-5 |
| | | 595-0401747-2 |
| | | 595-0402119-3 |
| | | 595-0402341-3 |
| | | 595-0403347-9 |
| | | 595-0404185-2 |

29

# SCHEDULE A

| Court No. | Protest Number | Entry Number |
|-----------|----------------|--------------|
|           |                | 595-0404187-8 |
|           |                | 595-0404191-0 |
|           |                | 595-0405225-5 |
|           |                | 595-0405831-0 |

# SCHEDULE B

## MEAD DAY PLANNER MODEL NUMBERS

| | | | |
|---|---|---|---|
| 47062 | 47137 | 47288 | 50838 |
| 47064 | 47138 | 47300 | 50839 |
| 47065 | 47140 | 47302 | 50840 |
| 47068 | 47142 | 47316 | 50842 |
| 47096 | 47144 | 47318 | 50844 |
| 47097 | 47146 | 47320 | 50846 |
| 47098 | 47154 | 47322 | 50848 |
| 47099 | 47165 | 47326 | 50850 |
| 47101 | 47172 | 47328 | 50852 |
| 47102 | 47174 | 47330 | 50866 |
| 47103 | 47175 | 47332 | 51863 |
| 47104 | 47176 | 47334 | 61036 |
| 47105 | 47178 | 47390 | 61064 |
| 47106 | 47180 | 47398 | 61070 |
| 47107 | 47182 | 47400 | 64022 |
| 47112 | 47184 | 47402 | W47104 |
| 47113 | 47192 | 47410 | W47316 |
| 47114 | 47194 | 47412 | WT471020 |
| 47115 | 47196 | 47416 | WT47104 |
| 47116 | 47199 | 47418 | WT471040 |
| 47117 | 47214 | 47420 | WT471220 |
| 47118 | 47215 | 47424 | WT47124 |
| 47120 | 47218 | 47500 | WT471240 |
| 47121 | 47219 | 47502 | WT47214 |
| 47122 | 47226 | 47526 | WT472140 |
| 47123 | 47228 | 47530 | WT4730000 |
| 47124 | 47230 | 47532 | WT473280 |
| 47125 | 47232 | 47534 | WT47334 |
| 47126 | 47234 | 47536 | WT473340 |
| 47127 | 47236 | 47538 | WT474240 |
| 47128 | 47242 | 47540 | WT47530 |
| 47129 | 47244 | 50016 | WT47532 |
| 47130 | 47245 | 50074 | WT475320 |
| 47131 | 47246 | 50260 | WT475340 |
| 47132 | 47247 | 50344 | WT475380 |
| 47133 | 47248 | 50830 | WT50830 |
| 47134 | 47249 | 50833 | WT508300 |
| 47135 | 47282 | 50834 | |

## NOTICE OF ENTRY AND SERVICE

This is a notice that an order of judgment was entered in the docket of this action, and was served upon the parties on the date shown below.

Service was made by depositing a copy of this order or judgment, together with any papers required by USCIT Rule 79(c), in a securely closed endorsed penalty cover in a United States mail receptacle at One Federal Plaza, New York, New York 10007 and addressed to the attorney of record for each party at the address on the official docket in this action, except that service upon the United States was made by personally delivering a copy to the Attorney-in-Charge, International Trade Field Office, Civil Division, United States Department of Justice, 26 Federal Plaza, New York, New York 10278 or to a clerical employee designated, by the Attorney-in-Charge in a writing filed with the clerk of the court.

Leo M. Gordon
Clerk of the Court

Date: 7/3/03

By: _Geoffrey Joel_
/ /Deputy Clerk